# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MCCORMICK,<br><br>    Plaintiff,<br><br>v.<br><br>BAYMARK HEALTH SERVICES, INC.,<br><br>    Defendant. | Case No. 1:25-cv-00811-KES-SAB<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 4) |

Before the Court is Defendant's unopposed motion for a 29-day extension of time stipulation to respond to Plaintiff's complaint. (ECF No. 4.) This is Defendant's second request for an extension of time. For good cause shown, Defendant's unopposed motion is GRANTED. Defendant shall file and serve its response to Plaintiff's complaint **no later than September 5, 2025**.

IT IS SO ORDERED.

Dated: __**August 8, 2025**__

                      STANLEY A. BOONE
                      United States Magistrate Judge